Case 07-71724　Doc 41　Filed 12/10/07　Entered 12/10/07 11:04:18　Desc Main
　　　　　　　　　　　　　　Document　　　Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHAD B. COOPER  
5321 CHOCTAW TRL.  
ROCKFORD, IL 61109

SSN-xxx-xx-5609

Case Number: 07-71724

Case filed on: 7/19/2007  
Plan Confirmed on:

X Converted　Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | OSTLING & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | STEPHEN G. BALSLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CHAD B. COOPER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE MANHATTAN MORTGAGE CORP | 23,210.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 23,210.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN GENERAL FINANCE | 7,587.93 | 758.79 | 0.00 | 0.00 |
| 005 | COMED CO | 2,477.94 | 247.79 | 0.00 | 0.00 |
| 006 | CREDIT PROTECTION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 1,478.34 | 147.83 | 0.00 | 0.00 |
| 008 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 6,958.78 | 695.88 | 0.00 | 0.00 |
| | Total Unsecured | 18,502.99 | 1,850.29 | 0.00 | 0.00 |
| | Grand Total: | 41,712.99 | 1,850.29 | 0.00 | 0.00 |

Total Paid Claimant: $0.00  
Trustee Allowance: $0.00  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 11/30/2007　　　　By /s/Heather M. Fagan